Louis A. Bunim, Appellant, *v.* Ethel Bunim, Respondent.

Submitted February 28, 1949; decided March 3, 1949.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 298 N. Y. 391.]

In the Matter of the Estate of Murry Miller, Deceased. Samuel Miller, Appellant, and Amalia M. Miller, Respondent.

Submitted February 28, 1949; decided March 3, 1949.

*Louis Stone* for motion.

*Joseph F. Kosman* and *Harry Geist* opposed.

Motion granted on payment of $10 costs. Appellant granted an additional ten days to file his return and case set down for argument for April, 1949, session.